# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MICHAEL JON DRANICHAK,**

    Debtor, Appellee,

vs.          CASE NUMBER: 1:12-cv-1241 (GTS)

**RICHARD G. ROSETTI and PLAZA 7, LLC,**

    Plaintiffs/Appellants.

| | | |
|---|---|---|
| [ ] | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [X] | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED that Plaintiff's appeal is DENIED and the Bankruptcy Court's decision is AFFIRMED.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 21st day of May, 2013.

DATED:      May 21, 2013

*Lawrence K. Baerman*
Clerk of Court

s/ L. Welch
Deputy Clerk